THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Shelton O. P., Appellant.
 In the Interest
 of S.M.P., a minor under the age of 18. 
 
 
 

Appeal From Berkeley County
Paul W. Garfinkel, Family Court Judge

Unpublished Opinion No.   2009-UP-405
 Submitted September 1, 2009  Filed
September 2, 2009

AFFIRMED

 
 
 
 R. Scott Wallinger, Jr., of Charleston, for Appellant.
 Wolfgang Louis Kelly, of Moncks Corner, for Respondent.
 Tammie Lynn Hoffman, of North Charleston, for Guardian Ad Litem.
 
 
 

PER CURIAM: Shelton
 O.P. appeals from the family courts
 order terminating his parental rights to his minor child.  See S.C. Code Ann. § 63-4-2570 (2008).  Upon a thorough review of the
 record and the family courts findings of fact and conclusions of law, pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family courts
 ruling.   
AFFIRMED.[1]
HUFF, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.